UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAMIAN JACQUES BROWN,

　　Plaintiff,

v.                                        Case No.  1:25-cv-134-TKW-HTC

DIXIE COUNTY JAIL SO, et al.,

　　Defendants.
　　_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 14).  No objections were filed.[1]

Upon due consideration of the R&R and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to prosecute and failure to comply with court orders.  Accordingly, it is

**ORDERED** that:

1.　　The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1] The R&R mailed to Plaintiff's address of record was returned as undeliverable.  *See* Doc. 15.  The Clerk found another address for Plaintiff and re-mailed the R&R to that address but has not received anything back.  *Id*.  Plaintiff's failure to keep the Court apprised of his current address of record is an additional ground for dismissal.

2. This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with court orders.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 20th day of October, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**